■ In the Matter of JOSEPH WESTERVELT, Appellant, v ZONING BOARD OF APPEALS OF THE TOWN OF WOODBURY, Respondent.

[This opinion has been withdrawn from publication at 7 AD3d 632 by the State Reporter and republished at 7 AD3d 964.]